Defendants.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE WILLSON & ADAMS COMPANY and Others, Respondents, v. PATRICK D. PEARCE, Individually, etc., and Others, Appellants.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the findings of fact are of such an inconsistent character that we are unable to uphold the judgment in the present state of the record; and we think that in the interests of justice there should be a new trial, at which it may be determined by the trial court whether or not the primary purpose of the defendants was unlawful, and with the object of injuring or destroying plaintiffs' business.   Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

THE WILLSON & ADAMS COMPANY and Others, Appellants, v. PATRICK D. PEARCE, etc., and Others, Respondents.— Appeal from order denying motion to amend and resettle decision and findings dismissed, without costs.   We have reversed the judgment in this case and granted a new trial; therefore, the question involved in this appeal is academic.   Kelly, P. J., Manning, Kapper and Lazansky, JJ., concur; Young, J., taking no part.

GRACE C. ZIMMER, Respondent, v. JOHN ZIMMER, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

---

## THIRD DEPARTMENT, DECEMBER, 1926.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Appellant, Respondent, v. STATE TAX COMMISSION, Respondent, Appellant.   (Special Franchise Proceedings, 1916.) — Motion for reargument granted.   Present — Cochrane, P. J., Van Kirk, Hinman and McCann, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Relator, Appellant, v. STATE TAX COMMISSION, Respondent, Appellant.   (Special Franchise Proceedings, 1917.)   THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Relator, v. STATE TAX COMMISSION, Respondent, Appellant.   (Special Franchise Proceedings, 1918.)   THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Relator, v. STATE TAX COMMISSION, Respondent, Appellant.   (Special Franchise Proceedings, 1919.) — Motion for reargument granted.   Present — Cochrane, P. J., Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of AUGUST JOHNSON, Respondent, against HENRY STEERS, INCORPORATED, and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award modified by striking out direction to pay Mutual Indemnity Company $643, and by directing payment to claimant of compensation awarded less the payment of $643 already made, and as so modified the award is affirmed on the authority of *Lahti* v. *Terry & Tench Co., Inc.* (—— U. S. ——) and *Millers' Underwriters* v. *Braud* (270 id. 59).   Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.

LETTIE H. WITHERSPOON, Appellant, v. ARTHUR J. EAMES, Respondent.— Order affirmed, with ten dollars costs and disbursements.   Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.